THOMAS JONES
    Plaintiff,

v

BETH ARTHUR, et al,
    Defendants

CIV. NO. 1:23-cv-00620-TSE-WEE



## MOTION TO REDOCKET CASE, ECT.

Comes now, Pro-se Plaintiff, Thomas Jones (MR. Jones), (whom was previously represented by counsel) humbly and respectfully requesting the honorable Court to REDOCKET the above captioned case, and (1) appoint him new counsel to assist/represent him with litigating the captioned matter, or (2) REDOCKET the captioned case, and give the plaintiff time to find counsel to assist/represent him in the captioned case, or, at the very least, REDOCKET the captioned case, and; dismiss it "WITHOUT PREJUDICE, so that the Plaintiff can refile the captioned case once he is able to obtain legal counsel to assist/represent him in litigating the captioned matter.

The Plaintiff, humbly and respectfully ask the Court for this in the "INTEREST OF JUSTICE".

(1)

## STATEMENT IN SUPPORT

To support the above request, I would like to explain to the Court that on or about 10/08/2023, the attorney(s) whom were representing me in the above captioned matter, abruptly informed me that they would no longer be able to represent me, and, that if I wanted to continue to pursue the matter, that I would have to find other legal counsel to represent me, and, that they were going to file a motion with the Court to dismiss the case "without Prejudice", so if I wanted to pursue the matter with other counsel, I could.

(At that moment, I was going through a mental crisis, and, in the process of being evicted from my home).

Then, on 10/18/2023, I was arrested in Arlington, Virginia, (coincidently), and placed in the defendants in this captioned case custody, (and, have been held in their custody since 10/18/2023).

Since 10/18/2023, I have been attempting to reach my previous legal counsel, in the above captioned matter, however, I have only been successful at reaching counsel recently, in which

(2)

I was able to obtain some of the files in the above captioned matter, and, in which I obtained the "NOTICE OF DISMISSAL", in which I becamed informed that the NOTICE did NOT mention "WITHOUT PREJUDICE".

TODAY, I, THOMAS JONES, Plaintiff in the above captioned case, inform this honorable Court that I DID NOT instruct my previous counsel to request the above captioned case to be dismissed, and, today, I humbly and respectfully ask this honorable Court to either: (1) REDOCKET the captioned case and appoint me legal counsel to assist/represent me litigate the captioned matter, or, (2) REDOCKET the captioned matter, and give me some time to find other legal counsel to assist/represent me in this matter, or, at the very least: (3) REDOCKET the captioned matter and the dismiss it "WITHOUT PREJUDICE", so that I can find legal counsel to assist/represent me in this matter, in the interest of Justice.

(In this matter, I was severely injured by and at fault of the defendants, when they violated my U.S. Constitutional Rights, and injured me mentally and physically).

(3)

Thank you for your attention in this matter.

Respectfully Submitted,

THOMAS R. JONES #407031
1435 N. Courthouse Rd.
Arlington, Virginia 22201